**FILED: 12/19/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Erlinda Williams*,<br><br>        Plaintiff,<br><br>        v.<br><br>*New Century Mortgage Corporation, et. al.*,<br><br>        Defendants. | CASE NO. EDCV 12-1811-GHK (DTBx)<br><br>**JUDGMENT** |

Pursuant to the Court's November 20, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Erlinda Williams's ("Plaintiff") claims against Defendants JPMorgan Chase Bank, N.A. (erroneously sued as JP Morgan Chase) and California Reconveyance Company (erroneously sued as California Reconveyance) are **DISMISSED with prejudice.**  Pursuant to the Court's December 19, 2012 Order, Plaintiff's claims against Defendants New Century Mortgage Corporation and Mortgage Electronic Registration Systems ("MERS") are **DISMISSED without prejudice**.

      **IT IS SO ORDERED**.

      DATED: December 19, 2012

                                                _____
                                                GEORGE H. KING
                                        Chief United States District Judge